**Lucio MARTINEZ, Appellant,**

v.

**James D. WORTHINGTON, Respondent.**

**No. WD 39199.**

Missouri Court of Appeals,
Western District.

Jan. 5, 1988.

Lucio Martinez, pro se.

William A. Lynch, Sylvester James, Jr., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from dismissal of civil action for failure to state a claim upon which relief could be granted.

Affirmed. Rule 84.16(b).